## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

P.C.,                                           :
                                                :
                    Petitioner,                 :
                                                :
v.                                              :      Case No. 4:25-cv-221-CDL-AGH
                                                :              28 U.S.C. § 2241
TODD LYONS, *et al.*,                           :
                                                :
                    Respondents.                :
_____        :

## <u>ORDER TO ANSWER</u>

Petitioner applied for habeas corpus relief under 28 U.S.C. § 2241 (ECF No 1).[1]

Pursuant to the memorandum of understanding with the United States Attorney for

the Middle District of Georgia, a copy of the petition and a copy of this Order shall be

automatically served on the United States Attorney and Respondents electronically

through CM/ECF.  Respondents shall file a Return within three (3) days.  *See* 28

U.S.C. § 2243.  In the Return, Respondents shall specifically state the statutory basis

for Petitioner's detention.  Nothing in this Order shall prohibit Respondents from

requesting additional time consistent with 28 U.S.C. § 2243.

**SO ORDERED**, this 7th day of July, 2025.

                              s/ *Amelia G. Helmick*
                              UNITED STATES MAGISTRATE JUDGE

_____

[1] Petitioner also filed a motion seeking an order to show cause (ECF No. 2).  Because the Court orders
Respondents to file a return within three (3) days, that motion (ECF No. 2) is **GRANTED-IN-PART**.